## FAVORITE *v.* WEBSTER and Others.

APPEAL from the *Huntington* Circuit Court.

*Per Curiam.*—In this case no objections or exceptions in any form were made or taken, in the Circuit Court, to the rulings of that Court. The cause is therefore not properly before us. The judgment is affirmed with costs.

*I. De Long*, for the appellant.